# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **JOSHUA JAMES HILL,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**SALT ALKE COUNTY THIRD DISTRICT COURT, et al.,**<br><br>       **Defendants.** | **ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION**<br><br>**Case No. 2:25-CV-919-DAK-DAO**<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Daphne A. Oberg** |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred the case to United States Magistrate Judge Daphne A. Oberg under 28 U.S.C. § 636(b)(1)(B).  On June 1, 2026, Magistrate Judge Oberg issued a Report and Recommendation [ECF No. 10], recommending that this case be dismissed without prejudice because Plaintiff fails to state a plausible case for relief against his grandparents' estate under federal law and the Eleventh Amendment bars Plaintiff's claims against Utah's Third District Court in Salt Lake County. The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation must be filed within fourteen days of receiving it.

On June 15, 2026, Plaintiff filed an Objection to the Report and Recommendation. The court has reviewed and considered Plaintiff's Objection as well as the Report and Recommendation and Plaintiff's Complaint. A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court.  *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b).  The court has reviewed the materials *de novo* and agrees with Magistrate Judge Oberg's

recommendations in their entirety. Plaintiff's claims are barred by the Eleventh Amendment and fail to state a claim under 42 U.S.C. § 1983. Plaintiff has not provided any basis in his Objection for ruling otherwise. The court agrees that further opportunities to amend would be futile. Therefore, the court adopts and affirms Magistrate Judge Oberg's Report and Recommendation. Accordingly, this action is dismissed without prejudice.

DATED this 16th day of June 2026.

BY THE COURT:

DALE A. KIMBALL
United States District Judge