IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSHUA JAMES HILL, <br><br> **Plaintiff,** <br><br> vs. <br><br> SALT LAKE COUNTY THIRD DISTRICT COURT, ROBERT QUINTIN HILL, <br><br> **Defendants,** | **MEMORANDUM DECISION AND ORDER** <br><br> **Case No. 2:25-CV-919-DAK** <br><br> **Judge Dale A. Kimball** |

This matter is before the court on Plaintiff's Motion for Relief from Judgment under Rule 60(b) if the Federal Rules of Civil Procedure [ECF No. 16] and Plaintiff's Motion to Shorten Time [ECF No. 17]. The court concludes that oral argument would not significantly aid in its determination of the motions. Accordingly, the court issues the following Memorandum Decision and Order based on the facts and law relevant to the motions.

ANALYSIS

Rule 60(b) Motion

Rule 60(b) of the Federal Rules of Civil Procedure provides several grounds for relief from a final judgment or order, including mistake, inadvertence, excusable neglect, newly discovered evidence, fraud, and any other reason that justifies relief. Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is extraordinary and may only be granted in "exceptional circumstances." *Yapp v. Excel Corp.*, 186 F.3d 1222, 1231 (10th Cir. 1999). "A plaintiff must overcome a higher hurdle to obtain relief from a post-judgment motion than on direct appeal

from a judgment." *LeFleur v. Teen Help*, 342 F.3d 1145, 1153 (10th Cir. 2003).  A plaintiff may not merely rehash arguments that were already addressed and ruled on by the court.  *See Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991).

Plaintiff has failed to meet his burden under Rule 60.  Plaintiff contends that he found a mistake in the court's final decision, but Plaintiff's motion merely restates his prior arguments. Plaintiff cannot merely rehash his previous arguments, which were fully considered and ruled upon by the court in its prior decisions. Plaintiff has not demonstrated any mistake or error in law in the court's prior ruling. He has not asserted anything that would make this court revisit or modify its prior rulings. Plaintiff's motion does not provide a basis for relief from judgment. Accordingly, Plaintiff's motion for relief from judgment is denied.

Motion to Shorten Time

Plaintiff's Motion to Shorten Time does not apply to the present action. Plaintiff's motion does not appear to acknowledge that this federal case is closed. It is inappropriate for Plaintiff to file this type of motion in a closed case. Accordingly, Plaintiff's Motion to Shorten Time is denied.

CONCLUSION

For the reasons stated above, Plaintiff's Motion for Relief from Judgment [ECF No. 16] is DENIED, and Plaintiff's Motion to Shorten Time [ECF No. 17] is DENIED.

DATED this 8th day of July 2026.

BY THE COURT:

DALE A. KIMBALL,
United States District Judge

2