# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSHUA JAMES HILL, <br><br> **Plaintiff,** <br><br> vs. <br><br> **SALT LAKE COUNTY THIRD DISTRICT COURT, ROBERT QUINTIN HILL,** <br><br> **Defendants,** | **MEMORANDUM DECISION AND ORDER** <br><br> **Case No. 2:25-CV-919-DAK** <br><br> **Judge Dale A. Kimball** |

This matter is before the court on Plaintiff's Second Motion for Relief from Judgment under Rule 60(b) of the Federal Rules of Civil Procedure [ECF No. 19]. The court denied Plaintiff's first Rule 60(b) motion on July 8, 2026. Plaintiff's present motion again fails to meet the requirements for granting relief under Rule 60(b). Repeated Rule 60(b) motions are not the appropriate procedure for disagreeing with the court's decision. If Plaintiff disagrees with the court's legal analysis, he should appeal the decision. The court will consider sanctions if Plaintiff files repeated motions without merit after this warning.

Plaintiff's Motion for Relief from Judgment [ECF No. 19] is DENIED.

DATED this 13th day of July 2026.

BY THE COURT:

DALE A. KIMBALL,
United States District Judge